UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                           Case No. 08-CR-34 (RTR)

LANCE COLEMAN,

        Defendant.

ORDER CONSOLIDATING CASES

    1.    On January 15, 2008, a federal grand jury returned a single-count indictment that charges Coleman with wire fraud, in violation of 18 U.S.C. § 3143. That matter has been assigned case number 08-CR-34 and is pending before this branch of the Court.

    2.    On July 10, 2008, the Eastern District of Wisconsin docketed a Consent to Transfer and plea agreement from the Northern District of Indiana regarding Lance Coleman. An indictment had been returned against Coleman alleging violations of Title 18, U.S.C. §§ 371, 471 and 472. The matter has been assigned case number 08-CR-176 and is pending before the Honorable Joseph P. Stadtmueller.

    3.    Coleman has plead guilty to (1) the indictment in 08-CR-34, and (2) has submitted a plea in regard to the indictment in 08-CR-176.

    4.    Consolidation of the two cases serves the interests of both Coleman and the government, and also promotes judicial economy.

    5.    The parties have agreed to consolidate these two cases.

Based on the foregoing, the Court finds that the two above-captioned matters should be consolidated and that Case No. 08-CR-176 as to Lance Coleman should be reassigned to the District Judge with the earlier-filed case.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Case No. 08-Cr-176 as to defendant Lance Coleman, is hereby consolidated with Case No. 08-CR-34 and re-assigned to District Judge Rudolph T. Randa for further proceedings, including an anticipated change of plea and sentencing.

Dated at Milwaukee, Wisconsin, this 28th day of July, 2008.

BY THE COURT:

*s/ Rudolph T. Randa*
Honorable Rudolph T. Randa
Chief Judge